```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01459
    EARNESTINE BURTON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5969

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/29/2007 and was confirmed 04/12/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
WEBSTER BANK               CURRENT MORTG        .00           .00          .00
WEBSTER BANK               MORTGAGE ARRE     554.46           .00       554.46
DRIVE FINANCIAL SERVICES   SECURED VEHIC   11000.00        113.30      1687.08
DRIVE FINANCIAL SERVICES   UNSECURED        4595.30           .00          .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED           .00          .00
CERTEGY                    UNSECURED      NOT FILED           .00          .00
FIRST NATIONAL BANK        UNSECURED      NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSECURED         276.35           .00          .00
COMMONWEALTH EDISON        UNSECURED        7061.61           .00          .00
HSBC TAXPAYER FINANCIAL    UNSECURED        1826.99           .00          .00
WEBSTER BANK               NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS DEPARTMENT OF R   PRIORITY           75.00           .00          .00
GLOBAL PAYMENTS CHECK SE   UNSECURED         600.00           .00          .00
LOU HARRIS & CO            UNSECURED      NOT FILED           .00          .00
THOMAS M BRITT             DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                      151.16
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,506.00

PRIORITY                                          .00
SECURED                                      2,241.54
    INTEREST                                   113.30
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           151.16
DEBTOR REFUND                                     .00
                         ---------------  ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01459 EARNESTINE BURTON
```

```
TOTALS                                    2,506.00              2,506.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/28/08
                                            /s/ Tom Vaughn
                                            _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE